1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

_____
                                                          )
9   NORTHWEST ADMINISTRATORS, INC.,        )
                                                          )        Case No. C11-1873RSL
10                               Plaintiff,              )
                       v.                                 )
11                                                        )        ORDER DENYING MOTION FOR
     AMERICAN TRADESHOW, INC.,             )        DEFAULT AND GRANTING
12                                                        )        EXTENSION OF TIME
                               Defendant.             )
13  _____)

14

15              This matter comes before the Court on "Plaintiff's Motion for Default" (Dkt. # 5)

16  and defendant's "Motion for Extension of Time to Respond to Complaint for Purpose of

17  Retaining Counsel" (Dkt. # 8). A business entity, other than a sole proprietorship, must be

18  represented by counsel in federal litigation. Although defendant has not properly appeared in

19  this action, it has indicated its intent to participate and will be given an opportunity to obtain

20  Washington counsel.

21              Defendant's motion for an extension of time is GRANTED. Defendant shall, on

22  or before February 24, 2012, retain counsel and respond to the complaint. If a response is not

23  filed by that date, default may be entered against the business-entity defendant. Plaintiff's

    motion for default is DENIED without prejudice.

24

25

26

ORDER DENYING MOTION FOR DEFAULT
AND GRANTING EXTENSION OF TIME

1    Dated this 21st day of December, 2011.

2

3                                    _MM S Lasnik_
                                     Robert S. Lasnik
4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING MOTION FOR DEFAULT
AND GRANTING EXTENSION OF TIME          -2-